IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 18-70761-JAD |
| Edward L. Myers ) | Chapter 13 |
| Karen E. Myers, ) | Document No.: |
| Debtors. ) | Related to Document No.: 12 |
| _____ ) | |
| Edward L. Myers ) | |
| Karen E. Myers, ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent. ) | |

**ORDER**

AND NOW, to wit, this __9th__ day of ____November____, 2018, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Edward L. Myers and Karen E. Myers, are hereby granted an extension until November 19, 2018 to file a completed Chapter 13 petition and plan in this case. No additional extensions will be requested or granted.

_____ sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
11/9/18 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Edward L. Myers  
Karen E. Myers  
    Debtors

Case No. 18-70761-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: Nov 09, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2018.  
db/jdb         +Edward L. Myers,    Karen E. Myers,    170 Brush Creek Road,    Homer City, PA 15748-5816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2018 at the address(es) listed below:  
         James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         Matthew M. Herron     on behalf of Debtor Edward L. Myers mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
         Matthew M. Herron     on behalf of Joint Debtor Karen E. Myers mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                   TOTAL: 5