IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **18-70761** |
| **Edward L. Myers** | : | |
| **Karen E. Myers** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Edward L. Myers** | : | |
| **Karen E. Myers** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Matthew M. Herron 88927**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of Debtors' complete bankruptcy schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927 PA**
List Bar I.D. and State of Admission

```
Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Crescent Bank
PO Box 61813
New Orleans, LA 70161

Diamond Medical Supply
639 Kolter Drive
Indiana, PA 15701

DiTech
PO Box 6172
Rapid City, SD 57709-6172

Indiana Healthcare Physician Services
640 Kolter Drive
Indiana, PA 15701-3570

Indiana Regional Medical Center
PO Box 645546
Pittsburgh, PA 15264-5253

IRMC
PO Box 788
Indiana, PA 15701

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106

Tactile Medical
1331 Tyler Street NE, Suite 200
Minneapolis, MN 55413
```