# Social Security Administration
# Retirement, Survivors and Disability Insurance

Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: April 18, 2018
BNC#: 18T2293K53900-A

0000064 00024227 1 AB 0.408 0411M1T2R2PN T83 P8
EDWARD L MYERS
170 BRUSHCREEK RD
HOMERCITY PA 15748-5816

*M000064* *0201T31M 1005181* T2R2PNPRES 180411 000000000000

We are writing to you about your Social Security benefits.

**What You Should Know**

As you requested, we will begin deducting your Medicare prescription drug plan costs from your monthly benefit.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $1,541.00 for April 2018 around May 23, 2018.
- After that you will receive $1,541.00 on or about the fourth Wednesday of each month.

**Information About Your Medicare Prescription Drug Plan Costs**



We deducted $20.00 for your Medicare prescription drug plan costs from the check you will receive for April 2018 on or about May 23, 2018.

This represents all Medicare prescription drug plan costs due to date.

Each month, we will continue to deduct $20.00 for your Medicare prescription drug plan costs.

If you have any questions about your Medicare prescription drug plan costs, please contact your Medicare prescription drug plan.



See Next Page

# Your New Benefit Amount

**BENEFICIARY'S NAME:** KAREN E MYERS

Your Social Security benefits will increase by 2.0% in 2018 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

**How Much Will I Get And When?**

- Your monthly amount (before deductions) is — $1,019.00
- The amount we deduct for Medicare medical insurance is — $127.00
  (If you did not have Medicare as of November 17, 2017, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is — $20.00
  (We will notify you if the amount changes in 2018. If you did not elect withholding as of November 1, 2017, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — $0.00
  (If you did not elect voluntary tax withholding as of November 17, 2017, we show $0.00.)
- After we take any other deductions, you will receive — $872.00
  on or about January 24, 2018.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at ***www.godirect.org*** online.

**What If I Have Questions?**

- Visit our website at ***www.socialsecurity.gov***.
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**).

INDIANA UC SERVICE CENTER
630 KOLTER DR
INDIANA PA 15701-3570

PHONE NO.: 888-313-7284
FAX NO.: 724-599-1068

pennsylvania
DEPARTMENT OF LABOR & INDUSTRY
OFFICE OF UNEMPLOYMENT COMPENSATION BENEFITS POLICY

DATE MAILED
JUN 12, 2018

# NOTICE OF FINANCIAL DETERMINATION

SOC.SEC.ACCT.NO. [redacted]

| OFFICE USE ONLY |
|---|
| AB 06/03/18 UC |
| CODE 3 MAX.WKS. 0 |
| PBC 0 WBR 0 MBA 0 |
| NO.DEP. 1-S WDA 0 MDA 0 |
| SX-1 OFFICE NO. 0997 |

EDWARD L. MYERS
170 BRUSH CREEK RD
HOMER CITY PA 15748

Dear **MR. MYERS:**

You recently filed an application for unemployment compensation benefits with the Office of UC Benefits. This financial determination notifies you that you are not financially eligible for benefits. Your financial eligibility is based on the wages you were paid and the credit weeks you earned during your base year (the first four of the last five completed calendar quarters immediately prior to filing your claim) which is from **JAN 01, 2017** to **DEC 31, 2017.**

Our records show that during your base year, wages were reported by the following employer(s):

| Employer(s) | Employer(s) Acct. Number | Plant No. | Breakdown of Base-Year Wages by Quarter 1-17 | 2-17 | 3-17 | 4-17 | Total Wages Paid | Credit Weeks |
|---|---|---|---|---|---|---|---|---|
| TRI COUNTY | 11-16558 | | 0 | 648 | 342 | 138 | 1,129 | |
| DELANEY CH | 32-05304 | | 403 | 506 | 0 | 0 | 910 | |
| INDIANA CO | 32-06260 | | 0 | 0 | 0 | 3,273 | 3,273 | |
| | | Totals | 403 | 1,155 | 342 | 3,411 | 5,312 | |

Based on a comparison of your highest quarter and your total base-year wages to the table for "Rate and Amount of Benefits", you do not have sufficient wages in your base year to qualify for benefits. Your highest quarter (rounded to the nearest dollar) was the **4TH** quarter of **2017** when you were paid **$3,411** . Your total base-year wages were **$5,312.**

IMPORTANT
Please recheck the wage information listed above for accuracy. Is your Social Security Account Number correct? Were any base-year employers omitted from this determination? Did you work in another State or for the Federal government during the base year? Are there any discrepancies in wages between this determination and your records or records you obtained from your employer(s)? If so, it is very important that you immediately notify the UC Service Center so action can be taken to correct this determination. Have this determination available when you contact the UC Service Center along with any work evidence (pay stubs, W-2 Form(s), separation notices, etc.) you have for your base year. Note: **Wages that have been used before as the basis for a financially-eligible application cannot be used again for calculating financial eligibility on a subsequent application.**

Right of Appeal - The last day to timely appeal this determination is: **JUN 27, 2018** . If you disagree with this determination, you may appeal. If you want to file an appeal, you must do so on or before the date shown above. For appeal information and instructions, see enclosed Form UC-47, APPEAL INSTRUCTIONS.

Note: If this determination is correct and you remain unemployed, you may reapply for benefits during the first full week of the next calendar quarter when the base year used to determine your financial eligibility changes.

Auxiliary aids and services are available upon request to individuals with disabilities.
Equal Opportunity Employer/Program.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG: 500 Transporta tion
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 06/22/2018 | 51779 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$8.08**
AMOUNT

VOID

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 06/02/18 **to** 06/15/18
**Check Date:** 06/22/18 **Check #:** 51779

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 8.08 | 4530.55 |
| **NET PAY** | **8.08** | **4530.55** |

**EARNINGS**

| *DESCRIPTION* | *HRS/UNITS* | *RATE* | *THIS PERIOD ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|
| Hourly | 1.00 | 9.1900 | 9.19 | 33.00 | 301.48 |
| Retro Pay | | | | | 2.72 |
| Bus Run Units | | | | 276.00 | 4717.40 |
| Holiday | | | | 15.00 | 137.18 |
| Personal Units | | | | 8.00 | 136.48 |
| Sick Run Units | | | | 5.00 | 85.47 |
| **Total Hours** | 1.00 | | | 48.00 | |
| **Gross Earnings** | | | 9.19 | | 5380.73 |
| **Total Hrs Worked** | 1.00 | | | | |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 0.57 | 333.61 |
| Medicare | | 0.13 | 78.02 |
| Fed Income Tax | MWS 1 | | 197.48 |
| PA Income Tax | | 0.28 | 165.19 |
| PA Unemploy | | 0.01 | 3.24 |
| PA CHRYH-Ind In | | 0.12 | 72.64 |
| **TOTAL** | | 1.11 | 850.18 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **8.08** | **4530.55** |

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG Transportation
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 06/08/2018 | 51710 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$513.22**
AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 05/19/18 **to** 06/01/18
**Check Date:** 06/08/18 **Check #:** 51710

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 513.22 | 4522.47 |
| **NET PAY** | **513.22** | **4522.47** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 7.50 | 9.1900 | 68.93 | 32.00 | 292.29 |
| Retro Pay | | | | | 2.72 |
| Bus Run | | 17.2300 | 482.44 | | |
| Bus Run Units | | | | 276.00 | 4717.40 |
| Holiday | 7.50 | 9.1900 | 68.93 | 15.00 | 137.18 |
| Personal Units | | | | 8.00 | 136.48 |
| Sick Run Units | | | | 5.00 | 85.47 |
| **Total Hours** | 15.00 | | | 47.00 | |
| **Gross Earnings** | | | 620.30 | | 5371.54 |
| **Total Hrs Worked** | 7.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 38.46 | 333.04 |
| Medicare | | 9.00 | 77.89 |
| Fed Income Tax | MWS 1 | 31.84 | 197.48 |
| PA Income Tax | | 19.04 | 164.91 |
| PA Unemploy | | 0.37 | 3.23 |
| PA CHRYH-Ind In | | 8.37 | 72.52 |
| **TOTAL** | | 107.08 | 849.07 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **513.22** | **4522.47** |

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG 500 Transporta
tion
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 05/25/2018 | 51638 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$399.95**
AMOUNT

VOID THIS IS NOT A CHECK ........ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 05/05/18 **to** 05/18/18
**Check Date:** 05/25/18 **Check #:** 51638

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 399.95 | 4009.25 |
| **NET PAY** | **399.95** | **4009.25** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 4.50 | 9.1900 | 41.36 | 24.50 | 223.36 |
| Retro Pay | | | 2.72 | | 2.72 |
| Bus Run | | 17.2300 | 413.52 | | |
| Bus Run Units | | | | 248.00 | 4234.96 |
| Holiday | | | | 7.50 | 68.25 |
| Personal Units | | | | 8.00 | 136.48 |
| Sick Run | | 17.2300 | 17.23 | | |
| Sick Run Units | | | | 5.00 | 85.47 |
| **Total Hours** | 4.50 | | | 32.00 | |
| **Gross Earnings** | | | 474.83 | | 4751.24 |
| **Total Hrs Worked** | 4.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 29.44 | 294.58 |
| Medicare | | 6.88 | 68.89 |
| Fed Income Tax | MWS 1 | 17.29 | 165.64 |
| PA Income Tax | | 14.58 | 145.87 |
| PA Unemploy | | 0.28 | 2.86 |
| PA CHRYH-Ind In | | 6.41 | 64.15 |
| **TOTAL** | | 74.88 | 741.99 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **399.95** | **4009.25** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG: 500 Transportation
EE ID: 11667 DD

| 05/11/2018 | 51565 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$575.10**
AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 04/21/18 **to** 05/04/18
**Check Date:** 05/11/18 **Check #:** 51565

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 575.10 | 3609.30 |
| **NET PAY** | **575.10** | **3609.30** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 2.00 | 9.1000 | 18.20 | 20.00 | 182.00 |
| Bus Run | | 17.0600 | 614.16 | | |
| Bus Run Units | | | | 224.00 | 3821.44 |
| Holiday | | | | 7.50 | 68.25 |
| Personal Units | | | | 8.00 | 136.48 |
| Sick Run | | 17.0600 | 68.24 | | |
| Sick Run Units | | | | 4.00 | 68.24 |
| **Total Hours** | 2.00 | | | 27.50 | |
| **Gross Earnings** | | | 700.60 | | 4276.41 |
| **Total Hrs Worked** | 2.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 43.44 | 265.14 |
| Medicare | | 10.16 | 62.01 |
| Fed Income Tax | MWS 1 | 40.51 | 148.35 |
| PA Income Tax | | 21.51 | 131.29 |
| PA Unemploy | | 0.42 | 2.58 |
| PA CHRYH-Ind In | | 9.46 | 57.74 |
| **TOTAL** | | 125.50 | 667.11 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **575.10** | **3609.30** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG: 500 Transporta
tion
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 04/27/2018 | 51494 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748




VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 04/07/18 **to** 04/20/18
**Check Date:** 04/27/18 **Check #:** 51494

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 559.57 | 3034.20 |
| **NET PAY** | **559.57** | **3034.20** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 3.50 | 9.1000 | 31.85 | 18.00 | 163.80 |
| Bus Run | | 17.0600 | 511.80 | | |
| Bus Run Units | | | | 188.00 | 3207.28 |
| Holiday | | | | 7.50 | 68.25 |
| Personal Run | | 17.0600 | 136.48 | | |
| Personal Units | | | | 8.00 | 136.48 |
| **Total Hours** | 3.50 | | | 25.50 | |
| **Gross Earnings** | | | 680.13 | | 3575.81 |
| **Total Hrs Worked** | 3.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 42.17 | 221.70 |
| Medicare | | 9.86 | 51.85 |
| Fed Income Tax | MWS 1 | 38.06 | 107.84 |
| PA Income Tax | | 20.88 | 109.78 |
| PA Unemploy | | 0.41 | 2.16 |
| PA CHRYH-Ind In | | 9.18 | 48.28 |
| **TOTAL** | | 120.56 | 541.61 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **559.57** | **3034.20** |

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG1:500 Transportation
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 04/13/2018 | 51423 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$295.89**
VOID
AMOUNT

VOID THIS IS NOT A CHECK ........ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 03/24/18 **to** 04/06/18
**Check Date:** 04/13/18 **Check #:** 51423

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 295.89 | 2474.63 |
| **NET PAY** | **295.89** | **2474.63** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 14.50 | 131.95 |
| Bus Run | | 17.0600 | 272.96 | | |
| Bus Run Units | | | | 158.00 | 2695.48 |
| Holiday | 7.50 | 9.1000 | 68.25 | 7.50 | 68.25 |
| **Total Hours** | 7.50 | | | 22.00 | |
| **Gross Earnings** | | | 341.21 | | 2895.68 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 21.15 | 179.53 |
| Medicare | | 4.95 | 41.99 |
| Fed Income Tax | MWS 1 | 3.93 | 69.78 |
| PA Income Tax | | 10.48 | 88.90 |
| PA Unemploy | | 0.20 | 1.75 |
| PA CHRYH-Ind In | | 4.61 | 39.10 |
| **TOTAL** | | 45.32 | 421.05 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **295.89** | **2474.63** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG1 Transportation
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 03/29/2018 | 51350 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$124.92**
AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc. Security Features Included. Details on back.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 03/10/18 **to** 03/23/18
**Check Date:** 03/29/18 **Check #:** 51350

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 124.92 | 2178.74 |
| **NET PAY** | **124.92** | **2178.74** |

**EARNINGS**

| *DESCRIPTION* | *HRS/UNITS* | *RATE* | *THIS PERIOD ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|
| Hourly | 2.50 | 9.1000 | 22.75 | 14.50 | 131.95 |
| Bus Run | | 17.0600 | 119.42 | | |
| Bus Run Units | | | | 142.00 | 2422.52 |
| **Total Hours** | 2.50 | | | 14.50 | |
| **Gross Earnings** | | | 142.17 | | 2554.47 |
| **Total Hrs Worked** | 2.50 | | | | |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 8.82 | 158.38 |
| Medicare | | 2.06 | 37.04 |
| Fed Income Tax | MWS 1 | | 65.85 |
| PA Income Tax | | 4.36 | 78.42 |
| PA Unemploy | | 0.09 | 1.55 |
| PA CHRYH-Ind In | | 1.92 | 34.49 |
| **TOTAL** | | 17.25 | 375.73 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **124.92** | **2178.74** |

*Payrolls by Paychex, Inc.*

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG: 500 Transporta
tion
EE ID: 11667 DD

| 03/16/2018 | 51278 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

VOID

Total Net Direct Deposit(s)
**$283.48**
AMOUNT

VOID THIS IS NOT A CHECK .................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc. Security Features Included. Details on back

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 02/24/18 **to** 03/09/18
**Check Date:** 03/16/18 **Check #:** 51278

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 283.48 | 2053.82 |
| **NET PAY** | **283.48** | **2053.82** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 2.00 | 9.1000 | 18.20 | 12.00 | 109.20 |
| Bus Run | | 17.0600 | 307.08 | | |
| Bus Run Units | | | | 135.00 | 2303.10 |
| **Total Hours** | 2.00 | | | 12.00 | |
| **Gross Earnings** | | | 325.28 | | 2412.30 |
| **Total Hrs Worked** | 2.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 20.16 | 149.56 |
| Medicare | | 4.72 | 34.98 |
| Fed Income Tax | MWS 1 | 2.34 | 65.85 |
| PA Income Tax | | 9.99 | 74.06 |
| PA Unemploy | | 0.20 | 1.46 |
| PA CHRYH-Ind In | | 4.39 | 32.57 |
| **TOTAL** | | 41.80 | 358.48 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **283.48** | **2053.82** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG: 500 Transportation
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 03/02/2018 | 51206 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$417.22**
AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 02/10/18 **to** 02/23/18
**Check Date:** 03/02/18 **Check #:** 51206

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 417.22 | 1770.34 |
| **NET PAY** | **417.22** | **1770.34** |

**EARNINGS**

| *DESCRIPTION* | *HRS/UNITS* | *RATE* | *THIS PERIOD ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|
| Hourly | 4.00 | 9.1000 | 36.40 | 10.00 | 91.00 |
| Bus Run | | 17.0600 | 460.62 | | |
| Bus Run Units | | | | 117.00 | 1996.02 |
| **Total Hours** | 4.00 | | | 10.00 | |
| **Gross Earnings** | | | 497.02 | | 2087.02 |
| **Total Hrs Worked** | 4.00 | | | | |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 30.82 | 129.40 |
| Medicare | | 7.20 | 30.26 |
| Fed Income Tax | MWS 1 | 19.51 | 63.51 |
| PA Income Tax | | 15.26 | 64.07 |
| PA Unemploy | | 0.30 | 1.26 |
| PA CHRYH-Ind In | | 6.71 | 28.18 |
| **TOTAL** | | 79.80 | 316.68 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **417.22** | **1770.34** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG1 500 Transportation
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 02/16/2018 | 51120 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748



Total Net Direct Deposit(s)
**$363.19**
AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc. — Security Features Included. Details on back

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 01/27/18 **to** 02/09/18
**Check Date:** 02/16/18 **Check #:** 51120

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 363.19 | 1353.12 |
| **NET PAY** | **363.19** | **1353.12** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 2.00 | 9.1000 | 18.20 | 6.00 | 54.60 |
| Bus Run | | 17.0600 | 409.44 | | |
| Bus Run Units | | | | 90.00 | 1535.40 |
| **Total Hours** | 2.00 | | | 6.00 | |
| **Gross Earnings** | | | 427.64 | | 1590.00 |
| **Total Hrs Worked** | 2.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 26.51 | 98.58 |
| Medicare | | 6.21 | 23.06 |
| Fed Income Tax | MWS 1 | 12.57 | 44.00 |
| PA Income Tax | | 13.13 | 48.81 |
| PA Unemploy | | 0.26 | 0.96 |
| PA CHRYH-Ind In | | 5.77 | 21.47 |
| **TOTAL** | | 64.45 | 236.88 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **363.19** | **1353.12** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG: 500 Transporta
tion
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 02/02/2018 | 51046 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$349.02**
AMOUNT

VOID

VOID THIS IS NOT A CHECK ........ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 01/13/18 **to** 01/26/18
**Check Date:** 02/02/18 **Check #:** 51046

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 349.02 | 989.93 |
| **NET PAY** | **349.02** | **989.93** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 4.00 | 36.40 |
| Bus Run | | 17.0600 | 409.44 | | |
| Bus Run Units | | | | 66.00 | 1125.96 |
| **Total Hours** | | | | 4.00 | |
| **Gross Earnings** | | | 409.44 | | 1162.36 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.39 | 72.07 |
| Medicare | | 5.93 | 16.85 |
| Fed Income Tax | MWS 1 | 10.75 | 31.43 |
| PA Income Tax | | 12.57 | 35.68 |
| PA Unemploy | | 0.25 | 0.70 |
| PA CHRYH-Ind In | | 5.53 | 15.70 |
| **TOTAL** | | 60.42 | 172.43 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **349.02** | **989.93** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG: 500 Transporta
tion
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 01/19/2018 | 50972 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$364.08**
AMOUNT

VOID

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 12/30/17 **to** 01/12/18
**Check Date:** 01/19/18 **Check #:** 50972

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 364.08 | 640.91 |
| **NET PAY** | **364.08** | **640.91** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 4.00 | 9.1000 | 36.40 | 4.00 | 36.40 |
| Bus Run | | 17.0600 | 392.38 | | |
| Bus Run Units | | | | 42.00 | 716.52 |
| **Total Hours** | 4.00 | | | 4.00 | |
| **Gross Earnings** | | | 428.78 | | 752.92 |
| **Total Hrs Worked** | 4.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 26.58 | 46.68 |
| Medicare | | 6.22 | 10.92 |
| Fed Income Tax | MWS 1 | 12.69 | 20.68 |
| PA Income Tax | | 13.16 | 23.11 |
| PA Unemploy | | 0.26 | 0.45 |
| PA CHRYH-Ind In | | 5.79 | 10.17 |
| **TOTAL** | | 64.70 | 112.01 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **364.08** | **640.91** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG1 500 Transportation
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 01/05/2018 | 50898 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

VOID

Total Net Direct Deposit(s)
**$276.83**
AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 12/16/17 **to** 12/29/17
**Check Date:** 01/05/18 **Check #:** 50898

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 276.83 | 276.83 |
| **NET PAY** | **276.83** | **276.83** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Bus Run | | 17.0600 | 324.14 | | |
| Bus Run Units | | | | 19.00 | 324.14 |
| **Total Hours** | | | | | |
| **Gross Earnings** | | | 324.14 | | 324.14 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 20.10 | 20.10 |
| Medicare | | 4.70 | 4.70 |
| Fed Income Tax | MWS 1 | 7.99 | 7.99 |
| PA Income Tax | | 9.95 | 9.95 |
| PA Unemploy | | 0.19 | 0.19 |
| PA CHRYH-Ind In | | 4.38 | 4.38 |
| **TOTAL** | | 47.31 | 47.31 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **276.83** | **276.83** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG: 500 Transportation
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 12/22/2017 | 50825 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$449.50**
AMOUNT

VOID THIS IS NOT A CHECK ............ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 12/02/17 **to** 12/15/17
**Check Date:** 12/22/17 **Check #:** 50825

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 449.50 | 2691.14 |
| **NET PAY** | **449.50** | **2691.14** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 3.75 | 9.1000 | 34.13 | 14.75 | 134.23 |
| Bus Run | | 17.0600 | 511.80 | | |
| Bus Run Units | | | | 184.00 | 3139.04 |
| **Total Hours** | 3.75 | | | 14.75 | |
| **Gross Earnings** | | | 545.93 | | 3273.27 |
| **Total Hrs Worked** | 3.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 33.84 | 202.94 |
| Medicare | | 7.91 | 47.46 |
| Fed Income Tax | MWS 1 | 30.17 | 184.75 |
| PA Income Tax | | 16.76 | 100.49 |
| PA Unemploy | | 0.38 | 2.30 |
| PA CHRYH-Ind In | | 7.37 | 44.19 |
| **TOTAL** | | 96.43 | 582.13 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **449.50** | **2691.14** |

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

INDIANA COUNTY HEAD START INC
528 GOMPERS AVE
INDIANA PA 15701

1406-9165
ORG: 500 Transportation
EE ID: 11667 DD

| DATE | CHECK NO. |
|---|---|
| 12/08/2017 | 50755 |

PAY TO THE ORDER OF

EDWARD L MYERS
170 BRUSH CREEK ROAD
HOMER CITY PA 15748

Total Net Direct Deposit(s)
**$343.20**
AMOUNT

VOID THIS IS NOT A CHECK .................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc. Security Features Included. Details on back

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Edward L Myers
170 Brush Creek Road
Homer City, PA 15748
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11667

**Home Department:** 500 Transportation

**Pay Period:** 11/18/17 **to** 12/01/17
**Check Date:** 12/08/17 **Check #:** 50755

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3901 | 343.20 | 2241.64 |
| **NET PAY** | **343.20** | **2241.64** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 11.00 | 100.10 |
| Bus Run | | 17.0600 | 409.44 | | |
| Bus Run Units | | | | 154.00 | 2627.24 |
| **Total Hours** | | | | 11.00 | |
| **Gross Earnings** | | | 409.44 | | 2727.34 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.39 | 169.10 |
| Medicare | | 5.94 | 39.55 |
| Fed Income Tax | MWS 1 | 16.52 | 154.58 |
| PA Income Tax | | 12.57 | 83.73 |
| PA Unemploy | | 0.29 | 1.92 |
| PA CHRYH-Ind In | | 5.53 | 36.82 |
| TOTAL | | 66.24 | 485.70 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **343.20** | **2241.64** |

Payrolls by Paychex, Inc.

**0940 1406-9165** Indiana County Head Start Inc • 528 Gompers Ave • Indiana PA 15701 • (724) 349-6200


Alliance Petroleum Corporation

4150 Belden Village Ave. N.W. Suite 410 Canton, OH 44718-2553 • 330-493-0440 • Fax 330-493-3409

August 21, 2018

Dear Interest Owner:

Effective March 29, 2018, Alliance Petroleum Corporation (Alliance) purchased the working interest and assumed the operations in wells from CNX.

Alliance understands that many of you are currently receiving direct deposit from CNX and going forward Alliance would like to continue this process.

Please complete the form on the back of this letter and return it to Alliance whereby you may receive your funds via Electronic Funds transfer. Electronic transfers are widely viewed as more secure, less costly and more efficient. Alliance is also able to provide funds to you on a timely basis if the postal service is not used.

Upon receipt of a deposit in your account from Alliance you can view a copy of the check and the remittance advice on our website at www.alliancepetroleum.com.

In the upper right hand corner of the website is a tab titled "My APC". Click on that tab and a login screen will appear. The login is your owner number which is located above your name on the check. The password is your social security number. The system will ask you to provide a new password. You will have a copy of each check issued and at year end a copy of the Form 1099.

If you have any questions regarding this information please do not hesitate to contact our investor relations department.

Sincerely,

**ALLIANCE PETROLEUM CORPORATION**
A Diversified Gas & Oil Company

Investor Relations



| Description | | Volume | Price | Gross Amount | %Ownership Type | Net Amount |
|---|---|---|---|---|---|---|
| 3DVC MYERS, E L #1 (PNG 4532) | INDIANA, PA | | | | | |
| 05/2018 MCF | | 123.00 | 2.07 | 254.51 | .02347150 RI | 5.98 |
| | | | | | Well Total: | $5.98 |
| 3DZM MYERS, E L #2 (PNG 4761) | INDIANA, PA | | | | | |
| 05/2018 MCF | | 186.00 | 2.07 | 384.63 | .02347150 RI | 9.03 |
| | | | | | Well Total: | $9.03 |
| 3D2Q MYERS, E L #3 (PNG 4833) | INDIANA, PA | | | | | |
| 05/2018 MCF | | 67.00 | 2.07 | 138.66 | .02347150 RI | 3.25 |
| | | | | | Well Total: | $3.25 |

**Total Disbursement: $18.26**

Check#: 0482340
Check Date: 09/18/2018

| Description | | Volume | Price | Gross Amount | %Ownership | Type | Net Amount |
|---|---|---|---|---|---|---|---|
| 3DVC MYERS, E L #1 (PNG 4532) | INDIANA, PA | | | | | | |
| 06/2018 MCF | | 88.00 | 1.99 | 175.41 | .02347150 | RI | 4.12 |
| | | | | | Well Total: | | $4.12 |
| 3DZM MYERS, E L #2 (PNG 4761) | INDIANA, PA | | | | | | |
| 06/2018 MCF | | 140.00 | 1.99 | 278.69 | .02347150 | RI | 6.54 |
| | | | | | Well Total: | | $6.54 |

Total Disbursement: $10.66

| Description | | Volume | Price | Gross Amount | %Ownership Type | Net Amount |
|---|---|---|---|---|---|---|
| 3DVC MYERS, E L #1 (PNG 4532) | INDIANA, PA | | | | | |
| 07/2018 MCF | | 95.00 | 2.02 | 191.68 | .02347150 RI | 4.50 |
| | | | | | Well Total: | $4.50 |
| 3DZM MYERS, E L #2 (PNG 4761) | INDIANA, PA | | | | | |
| 07/2018 MCF | | 147.00 | 2.01 | 295.43 | .02347150 RI | 6.93 |
| | | | | | Well Total: | $6.93 |
| 3D2Q MYERS, E L #3 (PNG 4833) | INDIANA, PA | | | | | |
| 07/2018 MCF | | 12.00 | 1.92 | 22.99 | .02347150 RI | .54 |
| | | | | | Well Total: | $.54 |

**Total Disbursement: $11.97**




## MWM PAYMENT - SEPTEMBER, 2018

Owner Number RX05567

VOUCHER #
X0559

EDWARD L MYERS JR
170 BRUSH CREEK RD
HOMER CITY, PA 15748-5816

| APCWELLID | WELL_NAME | AMOUNT | DISTRIBUTION MONTH |
|---|---|---|---|
| 3D2Q | MYERS, E L #3 (PNG 4833) | $1.44 | 7 |
| 3D2Q | MYERS, E L #3 (PNG 4833) | $4.69 | 8 |
| 3DVC | MYERS, E L #1 (PNG 4532) | $0.58 | 8 |
| **Sum** | | **$6.71** | |




## MWM PAYMENT - OCTOBER, 2018

Owner Number RX05567

VOUCHER #
X0495

FDWARD L MYFRS IR

| APCWELLID | WELL_NAME | AMOUNT | DISTRIBUTION MONTH |
|---|---|---|---|
| 3D2Q | MYERS, E L #3 (PNG 4833) | $4.16 | 9 |
| 3DVC | MYERS, E L #1 (PNG 4532) | $0.20 | 9 |
| **Sum** | | **$4.36** | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Edward L. Myers, | ) | Bankruptcy No.: 18-70761-JAD |
| | ) | Chapter 13 |
| Debtor. | ) | |

**INCOME VERIFICATION STATEMENT**

I, Edward L. Myers, hereby state as follows:

1. I receive monthly Pension Income totaling $124.02.

I verify under the penalty of perjury that the foregoing is true and correct.

/s/ *Edward L. Myers*
Edward L. Myers
Debtor