| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Edward L. Myers** | Social Security number or ITIN  **xxx–xx–4336** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Karen E. Myers** | Social Security number or ITIN  **xxx–xx–5494** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  **13**   **10/25/18** |
| Case number: | **18–70761–JAD** | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                                 12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward L. Myers | Karen E. Myers |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 170 Brush Creek Road<br>Homer City, PA 15748 | 170 Brush Creek Road<br>Homer City, PA 15748 |
| 4. | **Debtor's attorney**<br>Name and address | Matthew M. Herron<br>The Debt Doctors, LLC<br>607 College Street<br>Suite 101<br>Pittsburgh, PA 15232 | Contact phone 412–395–6001<br><br>Email:  mmh@thedebtdoctors.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/20/18 |

**For more information, see page 2**

| 7. Meeting of creditors  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 18, 2019 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**  **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
|---|---|---|
| 8. **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**  You must file:  • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or  • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/19/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/3/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/23/19** |
| | **Deadlines for filing proof of claim:**   A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:  **1/18/19** at **01:00 PM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Edward L. Myers  
Karen E. Myers  
    Debtors

Case No. 18-70761-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil                    Page 1 of 2                  Date Rcvd: Nov 20, 2018
                        Form ID: 309I                   Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.

```
db/jdb         +Edward L. Myers,    Karen E. Myers,    170 Brush Creek Road,    Homer City, PA 15748-5816
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14937021       +AHN Emergency Group of Indiana County,    PO Box 14099,    Belfast, ME 04915-4034
14937020       +Aging Services, Inc.,    1055 Oak St.,    PO Box 519,    Indiana, PA 15701-0519
14937023       +Capital One Bank,    507 Prudential Road,    Horsham, PA 19044-2308
14937024        Center for Orthopaedics and Sports Medic,    Attn: #15257Y,    PO Box 14000,
                 Belfast, ME 04915-4033
14937025       +Citi,    PO Box 790040,    Saint Louis, MO 63179-0040
14937027        Clymer Family Medicine,    349 Franklin Street,    Clymer, PA 15728-1173
14951210       +Diamond Medical Supply,    639 Kolter Drive,    Indiana, PA 15701-3570
14937031       +Forefront Dermatology,    801 York Street,    Manitowoc, WI 54220-4630
14951214       +IRMC,    PO Box 788,    Indiana, PA 15701-0788
14937032       +Indiana Anesthesia,    1699 Washington Road, Suite 307,    Pittsburgh, PA 15228-1629
14937033        Indiana Healthcare Physician Services,    640 Kolter Drive,    Indiana, PA 15701-3570
14951213        Indiana Regional Medical Center,    PO Box 645546,    Pittsburgh, PA 15264-5253
14937034       +Indiana Regional Medical Center,    PO Box 788,    Indiana, PA 15701-0788
14937035        Indiana Regional Medical Center-CRNA,    1699 Washington Road, Suite 307,
                 Pittsburgh, PA 15228-1629
14937036       +Indiana Total Therapy,    PO Box 14099,    Belfast, ME 04915-4034
14951215       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14937037       +Mariner Finance, LLC,    5142 State Route 30, Suite 102,    Greensburg, PA 15601-7657
14951216       +Tactile Medical,    1331 Tyler Street NE, Suite 200,    Minneapolis, MN 55413-1638
14937041       +The SOS Group,    Collection Agency,    PO Box 16211,    Rocky River, OH 44116-0211
14937044        Western PA Eye Institute,    1265 Wayne Ave, Suite 203,    Indiana, PA 15701-3501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: mmh@thedebtdoctors.com Nov 21 2018 03:07:30     Matthew M. Herron,
                 The Debt Doctors, LLC,    607 College Street,    Suite 101,    Pittsburgh, PA  15232
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2018 03:08:05     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 21 2018 03:08:18
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14937022        EDI: HFC.COM Nov 21 2018 07:59:00      Bon Ton,    Retail Services,    PO Box 17264,
                 Baltimore, MD 21297-1264
14940229       +EDI: CRESCENTBANK.COM Nov 21 2018 07:58:00      CRESCENT BANK & TRUST,    PO BOX 61813,
                 NEW ORLEANS, LA 70161-1813
14937026        EDI: CITICORP.COM Nov 21 2018 07:58:00      Citibank,    PO Box 6077,
                 Sioux Falls, SD 57117-6077
14937028       +E-mail/Text: abovay@creditmanagementcompany.com Nov 21 2018 03:08:44     Credit Management Co.,
                 2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
14951208        EDI: RCSFNBMARIN.COM Nov 21 2018 07:58:00      Credit One Bank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
14951209       +EDI: CRESCENTBANK.COM Nov 21 2018 07:58:00      Crescent Bank,    PO Box 61813,
                 New Orleans, LA 70161-1813
14937029        E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2018 03:07:50     DiTech,    PO Box 6172,
                 Rapid City, SD 57709-6172
14937030       +EDI: ESCALLATE.COM Nov 21 2018 07:59:00      Escallate Inc.,    5200 Stoneham Road, Suite 200,
                 Canton, OH 44720-1584
14937038        EDI: AGFINANCE.COM Nov 21 2018 07:58:00      One Main,    Townfair Center,
                 475 Ben Franklin Road S Ste 64,    Indiana, PA 15701-2347
14938411       +EDI: PRA.COM Nov 21 2018 07:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14937039       +E-mail/Text: paparalegals@pandf.us Nov 21 2018 03:09:11     Patenaude & Felix,
                 501 Corporate Drive,    Southpointe, Suite 205,    Canonsburg, PA 15317-8584
14937040        EDI: RMSC.COM Nov 21 2018 07:59:00      Synchrony Bank,    PO Box 965009,
                 Orlando, FL 32896-5009
14937042       +E-mail/Text: BankruptcyNotice@upmc.edu Nov 21 2018 03:08:51     UPMC,    2 Hot Metal Street,
                 Dist. Room 386,    Pittsburgh, PA 15203-2348
14937043       +EDI: WFFC.COM Nov 21 2018 07:58:00      Wells Fargo Dealer Services,    P.O. Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 17
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Ditech Financial LLC
```

```
District/off: 0315-7           User: bsil              Page 2 of 2            Date Rcvd: Nov 20, 2018
                               Form ID: 309I           Total Noticed: 40

cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14951211*       DiTech,   PO Box 6172,   Rapid City, SD 57709-6172
14951212*       Indiana Healthcare Physician Services,   640 Kolter Drive,   Indiana, PA 15701-3570
                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Matthew M. Herron    on behalf of Debtor Edward L. Myers mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Karen E. Myers mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```