Certificate Number: 15317-PAW-DE-031955401

Bankruptcy Case Number: 18-70761



15317-PAW-DE-031955401

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 27, 2018, at 4:12 o'clock PM PST, Karen E Myers completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 27, 2018                    By:    /s/Janice Morla

                                              Name:  Janice Morla

                                              Title:  Counselor