**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Edward L. Myers<br>Karen E. Myers,<br>    Debtors.<br>_____<br>Edward L. Myers<br>Karen E. Myers,<br>    Movants, | Bankruptcy No.: 18-70761-JAD<br><br>Chapter 13<br><br>Document No.:<br><br>Related to Claim No.: |

v.

No Respondents.

**CERTIFICATE OF SERVICE**

I, Heather G. Seitz, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 7th day of March 2019

I served a copy of: **ORDER SCHEDULING DATES FOR HEARING ON AND OBJECTION TO AMENDED PLAN DATED 3/5/2019 and the AMENDED PLAN DATED 3/5/2019**

| | | |
|---|---|---|
| RE: | Edward L. Myers<br>Karen E. Myers | Case No.:  18-70761-JAD<br>Chapter 13 |

ON: ALL CREDITORS ON THE ATTACHED MAILING MATRIX AND:

| | |
|---|---|
| Ronda Winnecour, Trustee<br>3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com<br>*Via electronic notice* | US Trustee<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov<br>*Via electronic notice* |

BY: Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:   March 7, 2019                             /s/ *Heather G. Seitz*
                                                  Heather G. Seitz
                                                  The Debt Doctors, LLC
                                                  607 College Street, Suite 101
                                                  Pittsburgh, PA 15232
                                                  (412) 395-6001

```
18-70761-JAD|Crescent Bank & Trust |P. O. Box 61813|New Orleans, LA 70161-1813||||
18-70761-JAD|Ditech Financial LLC | |||||undeliverable
18-70761-JAD|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021||||
18-70761-JAD|7|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
18-70761-JAD|AHN Emergency Group of Indiana County |PO Box 14099|Belfast, ME 04915-4034| |||
18-70761-JAD|Aging Services, Inc. |1055 Oak St.|PO Box 519|Indiana, PA 15701-0519| ||
18-70761-JAD|Bon Ton |Retail Services|PO Box 17264|Baltimore, MD 21297-1264| ||
18-70761-JAD|CRESCENT BANK & TRUST |PO BOX 61813|NEW ORLEANS, LA 70161-1813| |||duplicate
18-70761-JAD|Capital One Bank |507 Prudential Road|Horsham, PA 19044-2308| |||
18-70761-JAD|Center for Orthopaedics and Sports Medic |Attn: #15257Y|PO Box 14000|Belfast, ME 04915-4033| ||
18-70761-JAD|Citi |PO Box 790040|Saint Louis, MO 63179-0040| |||
18-70761-JAD|Citibank |PO Box 6077|Sioux Falls, SD 57117-6077| |||
18-70761-JAD|Clymer Family Medicine |349 Franklin Street|Clymer, PA 15728-1173| |||
18-70761-JAD|Credit Management Co. |2121 Noblestown Rd.|Pittsburgh, PA 15205-3956| |||
18-70761-JAD|Credit One Bank |P.O. Box 98873|Las Vegas, NV 89193-8873| |||
18-70761-JAD|Crescent Bank |PO Box 61813|New Orleans, LA 70161-1813| |||
18-70761-JAD|DiTech |PO Box 6172|Rapid City, SD 57709-6172| |||
18-70761-JAD|Diamond Medical Supply |639 Kolter Drive|Indiana, PA 15701-3570| |||
18-70761-JAD|Ditech Financial LLC |PO Box 6154|Rapid City, SD 57709-6154| |||
18-70761-JAD|Escallate Inc. |5200 Stoneham Road, Suite 200|Canton, OH 44720-1584| |||
18-70761-JAD|Forefront Dermatology |801 York Street|Manitowoc, WI 54220-4630| |||
18-70761-JAD|INDIANA REGIONAL MEDICAL CENTER |640 KOLTER DRIVE|INDIANA, PA 15701-3570| |||
18-70761-JAD|IRMC |PO Box 788|Indiana, PA 15701-0788| |||
18-70761-JAD|Indiana Anesthesia |1699 Washington Road, Suite 307|Pittsburgh, PA 15228-1629| |||
18-70761-JAD|Indiana Healthcare Physician Services |640 Kolter Drive|Indiana, PA 15701-3570| |||
18-70761-JAD|Indiana Regional Medical Center |PO Box 645546|Pittsburgh, PA 15264-5253| |||
18-70761-JAD|Indiana Regional Medical Center |PO Box 788|Indiana, PA 15701-0788| |||
18-70761-JAD|Indiana Regional Medical Center-CRNA |1699 Washington Road, Suite 307|Pittsburgh, PA 15228-1629| |||
18-70761-JAD|Indiana Total Therapy |PO Box 14099|Belfast, ME 04915-4034| |||
18-70761-JAD|KML Law Group, P.C. |Suite 5000 - BNY Independence Center|701 Market Street|Philadelphia, PA 19106-1538| ||
18-70761-JAD|Mariner Finance, LLC |5142 State Route 30, Suite 102|Greensburg, PA 15601-7657| |||
18-70761-JAD|ONEMAIN |P.O. BOX 3251|EVANSVILLE, IN 47731-3251| |||
18-70761-JAD|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
18-70761-JAD|One Main |Townfair Center|475 Ben Franklin Road S Ste 64|Indiana, PA 15701-2347| ||
18-70761-JAD|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021| |||duplicate
18-70761-JAD|Patenaude & Felix |501 Corporate Drive|Southpointe, Suite 205|Canonsburg, PA 15317-8584| ||
18-70761-JAD|Synchrony Bank |PO Box 965009|Orlando, FL 32896-5009| |||
18-70761-JAD|Tactile Medical |1331 Tyler Street NE, Suite 200|Minneapolis, MN 55413-1638| |||
18-70761-JAD|The SOS Group |Collection Agency|PO Box 16211|Rocky River, OH 44116-0211| ||
18-70761-JAD|UPMC |2 Hot Metal Street|Dist. Room 386|Pittsburgh, PA 15203-2348| ||
18-70761-JAD|Wells Fargo Dealer Services |P.O. Box 1697|Winterville, NC 28590-1697| |||
18-70761-JAD|Western PA Eye Institute |1265 Wayne Ave, Suite 203|Indiana, PA 15701-3501| |||
18-70761-JAD|Edward L. Myers |170 Brush Creek Road|Homer City, PA 15748-5816||||
18-70761-JAD|Karen E. Myers |170 Brush Creek Road|Homer City, PA 15748-5816||||
18-70761-JAD|Matthew M. Herron |The Debt Doctors, LLC|607 College Street|Suite 101|Pittsburgh, PA 15232-1700||
18-70761-JAD|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||
```