**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>EDWARD L. MYERS<br>KAREN E. MYERS<br><br>              Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>              Movant<br>vs.<br>DITECH FINANCIAL LLC(*)<br><br>              Respondents | Case No. 18-70761JAD<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to SHELLPOINT MORTGAGE. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

DITECH FINANCIAL LLC(*)          Court claim# 5/Trustee CID# 5
ATTENTION: BK CASH MANAGEMENT
301 W BAY STREET
FLOOR 22, J253
JACKSONVILLE, FL 32202

The Movant further certifies that on 02/24/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
EDWARD L. MYERS, KAREN E. MYERS, 170 BRUSH CREEK ROAD, HOMER CITY, PA  15748

DEBTOR'S COUNSEL:
MATTHEW M HERRON ESQ, THE DEBT DOCTORS LLC, 607 COLLEGE ST STE 101, PITTSBURGH, PA  15232

ORIGINAL CREDITOR'S COUNSEL:
PADGETT LAW GROUP, 6267 OLD WATER OAK RD STE 203, TALLAHASSEE, FL  32312

ORIGINAL CREDITOR:
DITECH FINANCIAL LLC(*), ATTENTION: BK CASH MANAGEMENT, 301 W BAY STREET, FLOOR 22, J253, JACKSONVILLE, FL  32202

:
DITECH BANKRUPTCY NOTICING**, PO BOX 6154, RAPID CITY, ND 57709-6154

NEW CREDITOR:
SHELLPOINT MORTGAGE
PO BOX 10826
GREENVILLE SC 29603