IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 18-70761-JAD |
| Edward L. Myers | Chapter 13 |
| Karen E. Myers | |
|     Debtor(s) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | |
|     Movant(s) | |
|     vs. | Related to Docs. #53 and 58 |
| Edward L. Myers | |
| Karen E. Myers | |
|     Respondent(s) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on October 31, 2023 (document #53) is hereby WITHDRAWN. The hearing scheduled for January 30, 2024 is cancelled.

Respectfully submitted,

1/16/2024

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED.

Date: 1/16/2024

Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
1/16/24 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-70761-JAD
Edward L. Myers Chapter 13
Karen E. Myers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2
Date Rcvd: Jan 16, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Edward L. Myers, Karen E. Myers, 170 Brush Creek Road, Homer City, PA 15748-5816

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Matthew M. Herron
     on behalf of Debtor Edward L. Myers mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
     on behalf of Joint Debtor Karen E. Myers mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michelle L. McGowan
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8