| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **EDWARD L. MYERS** |
| Debtor 2 (Spouse, if filing) | **KAREN E. MYERS** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **18-70761JAD** |

Form 4100N
# Notice of Final Cure Payment
10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** NEW REZ LLC D/B/A SHELLPOINT

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1 9 9 7

**Property Address:** 170 BRUSH CREEK RD
HOMER CITY PA 15748

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** Amount

| | | | |
|---|---|---|---:|
| a. | Allowed prepetition arrearage: | (a) $ | 11,483.38 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 11,483.38 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 11,483.38 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
    Current monthly mortgage payment    $  $562.59
    The next postpetition payment is due on  1 / 1 / 2024
                                             MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **EDWARD L. MYERS** | Case number *(if known)* | **18-70761JAD** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  04/30/2024

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | EDWARD L. MYERS | Case number (if known) | 18-70761JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 08/25/2020 | 1170198 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 144.16 |
| 09/28/2020 | 1173290 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 347.26 |
| 10/26/2020 | 1176384 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 347.26 |
| 11/24/2020 | 1179455 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 367.34 |
| 12/21/2020 | 1182399 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 367.34 |
| 01/25/2021 | 1185375 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 936.46 |
| 05/25/2021 | 1198165 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 345.16 |
| 06/25/2021 | 1201349 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 368.51 |
| 07/26/2021 | 1204552 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 368.51 |
| 08/26/2021 | 1207681 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 447.44 |
| 09/24/2021 | 1210798 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 447.44 |
| 10/25/2021 | 1213871 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 445.62 |
| 11/22/2021 | 1216907 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 12/23/2021 | 1219983 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 01/26/2022 | 1223041 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 02/23/2022 | 1225919 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 03/25/2022 | 1228879 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 04/26/2022 | 1231922 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 05/25/2022 | 1234961 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 06/27/2022 | 1237987 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 07/26/2022 | 1240930 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 08/24/2022 | 1243818 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 09/27/2022 | 1246688 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 418.35 |
| 10/25/2022 | 1249507 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 424.61 |
| 11/23/2022 | 1252297 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 395.91 |
| 12/22/2022 | 1255047 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 395.91 |
| 01/26/2023 | 1257781 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 395.91 |
| 02/23/2023 | 1260386 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 172.43 |
| 03/28/2023 | 1263163 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 164.26 |
| | | | | 11,483.38 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/25/2019 | 1111989 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,784.43 |
| 04/26/2019 | 1115270 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 595.39 |
| 05/24/2019 | 1118674 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 632.52 |
| 06/25/2019 | 1122058 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 639.07 |
| 07/29/2019 | 1125489 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 639.02 |
| 08/27/2019 | 1128982 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 672.93 |
| 09/24/2019 | 1132354 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 672.98 |
| 10/24/2019 | 1135610 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 673.08 |
| 11/25/2019 | 1139061 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 663.92 |
| 12/23/2019 | 1142487 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 663.88 |
| 01/28/2020 | 1145900 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 710.14 |
| 03/23/2020 | 1154070 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 1,439.20 |
| 04/27/2020 | 1157531 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 857.26 |
| 05/26/2020 | 1160862 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 755.35 |
| 06/26/2020 | 1164014 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.12 |
| 07/29/2020 | 1167121 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.12 |
| 08/25/2020 | 1170198 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.12 |
| 09/28/2020 | 1173290 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.12 |
| 10/26/2020 | 1176384 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.12 |
| 11/24/2020 | 1179455 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.12 |
| 12/21/2020 | 1182399 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.12 |
| 02/22/2021 | 1188501 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 1,132.39 |
| 02/22/2021 | 1188501 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | INTEREST | 564.44 |
| 03/26/2021 | 1191799 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 567.95 |
| 04/26/2021 | 1195043 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 567.95 |
| 05/25/2021 | 1198165 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 567.95 |
| 06/25/2021 | 1201349 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 567.95 |
| 07/26/2021 | 1204552 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 567.95 |
| 08/26/2021 | 1207681 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 567.95 |
| 09/24/2021 | 1210798 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 567.95 |
| 10/25/2021 | 1213871 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |

| Debtor 1 | EDWARD L. MYERS | | Case number *(if known)* | 18-70761JAD |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 11/22/2021 | 1216907 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 12/23/2021 | 1219983 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 01/26/2022 | 1223041 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 02/23/2022 | 1225919 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 03/25/2022 | 1228879 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 04/26/2022 | 1231922 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 05/25/2022 | 1234961 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 06/27/2022 | 1237987 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 07/26/2022 | 1240930 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 08/24/2022 | 1243818 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 09/27/2022 | 1246688 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 569.77 |
| 10/25/2022 | 1249507 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 11/23/2022 | 1252297 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 12/22/2022 | 1255047 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 01/26/2023 | 1257781 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 02/23/2023 | 1260386 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 03/28/2023 | 1263163 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 04/25/2023 | 1265978 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 05/25/2023 | 1268840 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 06/26/2023 | 1271739 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 07/25/2023 | 1274492 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 08/25/2023 | 1277265 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 09/26/2023 | 1280005 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 563.51 |
| 09/27/2023 | | NEW REZ LLC D/B/A SHELLPOINT MORTG. | REALLOCATION OF PRINCIPAL | 564.44 |
| 09/27/2023 | | NEW REZ LLC D/B/A SHELLPOINT MORTG. | REALLOCATION OF INTEREST | -564.44 |
| 11/27/2023 | 1285384 | NEW REZ LLC D/B/A SHELLPOINT MORTG. | AMOUNTS DISBURSED TO CREDITOR | 562.59 |
| | | | | 35,217.44 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

EDWARD L. MYERS
KAREN E. MYERS
170 BRUSH CREEK ROAD
HOMER CITY, PA  15748

MATTHEW M HERRON ESQ
THE DEBT DOCTORS LLC
607 COLLEGE ST STE 101
PITTSBURGH, PA  15232

NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC  29603-0826

ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC
130 CLINTON RD #202
FAIRFIELD, NJ  07004


4/30/24                                              /s/ Roberta Saunier
                                                     Administrative Assistant
                                                     Office of the Chapter 13 Trustee