**Fill in this information to identify the case:**

Debtor 1: Edward L. Myers

Debtor 2: Karen E. Myers
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 18-70761-JAD

# Form 4100R
## Response to Notice of Final Cure Payment             10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: ******1997

**Property address:**
170 Brush Creek Rd
Number     Street

Homer City     PA     15748
City     State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     06 / 01 / 2024
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total**. Add lines a and b.     (c) $     0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     __ / __ / ____
                                                                                                                            MM / DD / YYYY

Debtor 1  __Edward L. Myers__
       First Name    Middle Name    Last Name

Case number (*if known*) __18-70761-JAD__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Wendy Locke__
   Signature

Date __05/21/2024__

Print __Wendy Locke__
   First Name   Middle Name   Last Name

Title __Agent for Creditor__

Company __Aldridge Pite, LLP__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __8880 Rio San Diego Drive, Suite 725__
   Number   Street

__San Diego__   __CA__   __92108__
City   State   ZIP Code

Contact phone __(858) 750 – 7600__

Email __wlocke@aldridgepite.com__

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>May 21, 202</u>4

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| Trustee Email: | cmecf@chapter13trusteewdpa.com |
| | |
| Debtor's Counsel Name: | Matthew M. Herron |
| Debtor's Counsel Address: | The Debt Doctors, LLC |
| | d/b/a Herron Business Law |
| | 607 College Street, Suite 101 |
| | Pittsburgh, PA 15232 |
| Debtor's Counsel Email: | mmh@thedebtdoctors.com |
| | |
| Debtor 1 Name: | Edward L. Myers |
| Debtor 2 Name: | Karen E. Myers |
| Debtor's Mailing Address: | 170 Brush Creek Road |
| | Homer City, PA 15748 |

                                                                /s/ Ciara M. Pumicpic