Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Edward L. Myers**
**Karen E. Myers**
 Debtor(s)

Bankruptcy Case No.: 18−70761−JAD
Related to Doc. #69
Chapter: 13
Docket No.: 70 − 69

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of May, 2024, a Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disbursements (No Discharge) having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/15/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/30/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/15/24.**

                                              Jeffery A. Deller
                                              United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70761-JAD |
| Edward L. Myers | Chapter 13 |
| Karen E. Myers | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: 408 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward L. Myers, Karen E. Myers, 170 Brush Creek Road, Homer City, PA 15748-5816 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 14937021 | + | AHN Emergency Group of Indiana County, PO Box 14099, Belfast, ME 04915-4034 |
| 14937020 | + | Aging Services, Inc., 1055 Oak St., PO Box 519, Indiana, PA 15701-0519 |
| 14937023 | + | Capital One Bank, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14937024 | | Center for Orthopaedics and Sports Medic, Attn: #15257Y, PO Box 14000, Belfast, ME 04915-4033 |
| 14937027 | | Clymer Family Medicine, 349 Franklin Street, Clymer, PA 15728-1173 |
| 14937029 | | DiTech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14951210 | + | Diamond Medical Supply, 639 Kolter Drive, Indiana, PA 15701-3570 |
| 14972983 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14937030 | + | Escallate Inc., 5200 Stoneham Road, Suite 200, Canton, OH 44720-1584 |
| 14937031 | + | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 14969873 | + | INDIANA REGIONAL MEDICAL CENTER, 640 KOLTER DRIVE, INDIANA, PA 15701-3570 |
| 14951214 | + | IRMC, PO Box 788, Indiana, PA 15701-0788 |
| 14937032 | + | Indiana Anesthesia, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14937033 | | Indiana Healthcare Physician Services, 640 Kolter Drive, Indiana, PA 15701-3570 |
| 14951213 | | Indiana Regional Medical Center, PO Box 645546, Pittsburgh, PA 15264-5253 |
| 14937034 | + | Indiana Regional Medical Center, PO Box 788, Indiana, PA 15701-0788 |
| 14937035 | | Indiana Regional Medical Center-CRNA, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14937036 | + | Indiana Total Therapy, PO Box 14099, Belfast, ME 04915-4034 |
| 14937037 | + | Mariner Finance, LLC, 5142 State Route 30, Suite 102, Greensburg, PA 15601-7864 |
| 14951216 | + | Tactile Medical, 1331 Tyler Street NE, Suite 200, Minneapolis, MN 55413-1638 |
| 14937041 | + | The SOS Group, Collection Agency, PO Box 16211, Rocky River, OH 44116-0211 |
| 14937044 | | Western PA Eye Institute, 1265 Wayne Ave, Suite 203, Indiana, PA 15701-3501 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937022 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 31 2024 00:14:00 | Bon Ton, Retail Services, PO Box 17264, Baltimore, MD 21297-1264 |
| 14940229 | + | Email/Text: bankruptcy@cbtno.com | May 31 2024 00:16:00 | CRESCENT BANK & TRUST, PO BOX 61813, NEW ORLEANS, LA 70161-1813 |
| 14937025 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 01:29:12 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14937026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:28:12 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14937028 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 31 2024 00:16:00 | Credit Management Co., 2121 Noblestown Rd., |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15205-3956 |
| 14951208 | | Email/PDF: creditonebknotifications@resurgent.com | May 31 2024 00:29:25 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14951209 | + | Email/Text: bankruptcy@cbtno.com | May 31 2024 00:16:00 | Crescent Bank, PO Box 61813, New Orleans, LA 70161-1813 |
| 14937031 | | ^ MEBN | May 31 2024 00:13:14 | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 14951215 | | ^ MEBN | May 31 2024 00:13:19 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15207086 | | Email/Text: mtgbk@shellpointmtg.com | May 31 2024 00:14:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14975349 | | Email/PDF: cbp@omf.com | May 31 2024 00:29:27 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14937038 | | Email/PDF: cbp@omf.com | May 31 2024 00:29:22 | One Main, Townfair Center, 475 Ben Franklin Road S Ste 64, Indiana, PA 15701-2347 |
| 14938411 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:29:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14937040 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:56:28 | Synchrony Bank, PO Box 965009, Orlando, FL 32896-5009 |
| 14937042 | + | Email/Text: BankruptcyNotice@upmc.edu | May 31 2024 00:16:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14937043 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2024 00:28:10 | Wells Fargo Dealer Services, P.O. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | * | Crescent Bank & Trust, P. O. Box 61813, New Orleans, LA 70161-1813 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14951211 | * | DiTech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14951212 | * | Indiana Healthcare Physician Services, 640 Kolter Drive, Indiana, PA 15701-3570 |
| 14937039 | ##+ | Patenaude & Felix, 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Edward L. Myers mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Karen E. Myers mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Michelle L. McGowan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Crescent Bank & Trust wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9