IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD L. MYERS
KAREN E. MYERS
     Debtor(s)
Ronda J. Winnecour
     Movant
    vs.
EDWARD L. MYERS
KAREN E. MYERS

Case No.:18-70761 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a discharge in this case.

  5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  WHERFORE, the Trustee respectfully requests that the Court,
    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

May 29, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/25/2018 and confirmed on 1/29/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 85,349.00 |
| Less Refunds to Debtor | 472.98 | |
| TOTAL AMOUNT OF PLAN FUND | | 84,876.02 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,901.96 | |
|   Trustee Fee | 4,014.51 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,916.47 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 35,217.44 | 0.00 | 35,217.44 |
|   Acct: 1997 | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 11,483.38 | 11,483.38 | 0.00 | 11,483.38 |
|   Acct: 1997 | | | | |
| CRESCENT BANK & TRUST | 24,451.09 | 24,451.09 | 3,831.85 | 28,282.94 |
|   Acct: 0063 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9867 | | | | |
| | | | | 74,983.76 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| EDWARD L. MYERS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| EDWARD L. MYERS | 472.98 | 472.98 | 0.00 | 0.00 |
|   Acct: | | | | |
| THE DEBT DOCTORS LLC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| THE DEBT DOCTORS LLC | 901.96 | 901.96 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-23 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8745 | | | | |
| DIAMOND MEDICAL SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0162 | | | | |
| INDIANA HEALTHCARE PHYSICIANS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5602 | | | | |
| INDIANA REGIONAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8573 | | | | |
| INDIANA REGIONAL MEDICAL CENTER | 1,597.96 | 1,597.96 | 0.00 | 1,597.96 |
|   Acct: 8573 | | | | |
| TACTILE SYSTEMS TECHNOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |

18-70761 JAD                                                                                                Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1880 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AGING SERVICES INC | 335.30 | 335.30 | 0.00 | 335.30 |
| Acct: 5661 | | | | |
| FOREFRONT DERMATOLOGY | 42.53 | 42.53 | 0.00 | 42.53 |
| Acct: 7855 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 9,744.66 | 0.00 | 0.00 | 0.00 |
| Acct: 9867 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7384 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,975.79 |

**TOTAL PAID TO CREDITORS**                                                                        76,959.55

TOTAL CLAIMED
PRIORITY            0.00
SECURED        35,934.47
UNSECURED      11,720.45

Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    EDWARD L. MYERS
    KAREN E. MYERS
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-70761 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70761-JAD |
| Edward L. Myers | Chapter 13 |
| Karen E. Myers | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward L. Myers, Karen E. Myers, 170 Brush Creek Road, Homer City, PA 15748-5816 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 14937021 | + | AHN Emergency Group of Indiana County, PO Box 14099, Belfast, ME 04915-4034 |
| 14937020 | + | Aging Services, Inc., 1055 Oak St., PO Box 519, Indiana, PA 15701-0519 |
| 14937023 | + | Capital One Bank, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14937024 | | Center for Orthopaedics and Sports Medic, Attn: #15257Y, PO Box 14000, Belfast, ME 04915-4033 |
| 14937027 | | Clymer Family Medicine, 349 Franklin Street, Clymer, PA 15728-1173 |
| 14937029 | | DiTech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14951210 | + | Diamond Medical Supply, 639 Kolter Drive, Indiana, PA 15701-3570 |
| 14972983 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14937030 | + | Escallate Inc., 5200 Stoneham Road, Suite 200, Canton, OH 44720-1584 |
| 14937031 | + | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 14969873 | + | INDIANA REGIONAL MEDICAL CENTER, 640 KOLTER DRIVE, INDIANA, PA 15701-3570 |
| 14951214 | + | IRMC, PO Box 788, Indiana, PA 15701-0788 |
| 14937032 | + | Indiana Anesthesia, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14937033 | | Indiana Healthcare Physician Services, 640 Kolter Drive, Indiana, PA 15701-3570 |
| 14951213 | | Indiana Regional Medical Center, PO Box 645546, Pittsburgh, PA 15264-5253 |
| 14937034 | + | Indiana Regional Medical Center, PO Box 788, Indiana, PA 15701-0788 |
| 14937035 | | Indiana Regional Medical Center-CRNA, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14937036 | + | Indiana Total Therapy, PO Box 14099, Belfast, ME 04915-4034 |
| 14937037 | + | Mariner Finance, LLC, 5142 State Route 30, Suite 102, Greensburg, PA 15601-7864 |
| 14951216 | + | Tactile Medical, 1331 Tyler Street NE, Suite 200, Minneapolis, MN 55413-1638 |
| 14937041 | + | The SOS Group, Collection Agency, PO Box 16211, Rocky River, OH 44116-0211 |
| 14937044 | | Western PA Eye Institute, 1265 Wayne Ave, Suite 203, Indiana, PA 15701-3501 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937022 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 31 2024 00:14:00 | Bon Ton, Retail Services, PO Box 17264, Baltimore, MD 21297-1264 |
| 14940229 | + | Email/Text: bankruptcy@cbtno.com | May 31 2024 00:16:00 | CRESCENT BANK & TRUST, PO BOX 61813, NEW ORLEANS, LA 70161-1813 |
| 14937025 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 01:29:08 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14937026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:45:04 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14937028 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 31 2024 00:16:00 | Credit Management Co., 2121 Noblestown Rd., |

Case 18-70761-JAD   Doc 72   Filed 06/01/24   Entered 06/02/24 00:32:09   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15205-3956 |
| 14951208 | | Email/PDF: creditonebknotifications@resurgent.com | May 31 2024 00:44:46 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14951209 | + | Email/Text: bankruptcy@cbtno.com | May 31 2024 00:16:00 | Crescent Bank, PO Box 61813, New Orleans, LA 70161-1813 |
| 14937031 | ^ | MEBN | May 31 2024 00:13:15 | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 14951215 | ^ | MEBN | May 31 2024 00:13:21 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15207086 | | Email/Text: mtgbk@shellpointmtg.com | May 31 2024 00:14:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14975349 | | Email/PDF: cbp@omf.com | May 31 2024 00:56:32 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14937038 | | Email/PDF: cbp@omf.com | May 31 2024 00:29:19 | One Main, Townfair Center, 475 Ben Franklin Road S Ste 64, Indiana, PA 15701-2347 |
| 14938411 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:29:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14937040 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:27:54 | Synchrony Bank, PO Box 965009, Orlando, FL 32896-5009 |
| 14937042 | + | Email/Text: BankruptcyNotice@upmc.edu | May 31 2024 00:16:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14937043 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2024 00:29:26 | Wells Fargo Dealer Services, P.O. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | * | Crescent Bank & Trust, P. O. Box 61813, New Orleans, LA 70161-1813 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14951211 | * | DiTech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14951212 | * | Indiana Healthcare Physician Services, 640 Kolter Drive, Indiana, PA 15701-3570 |
| 14937039 | ##+ | Patenaude & Felix, 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Edward L. Myers mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Karen E. Myers mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Michelle L. McGowan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Crescent Bank & Trust wcraig@egalawfirm.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9